

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00398-CR

**IN RE** David Munoz **VEGA,**

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 10324
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez. Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

On September 30, 2021, we issued an order granting relator's motion to withdraw his motion for leave to file a mandamus petition. No mandamus petition was filed by relator. This original proceeding is therefore administratively closed.

It is so **ORDERED** on this 14th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court